David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for Plaintiff
Arianna Whaley

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Arianna Whaley | **Case No: 2:14-cv-02394-ROS** |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| v. | |
| Seas & Associates, LLC | |
| Defendant. | |

PLEASE TAKE NOTICE: This case has settled in its entirety. The parties request thirty days to complete any terms of the settlement prior to filing a Notice of Dismissal with Prejudice with each party to bear their own attorneys fees and costs.

Respectfully Submitted,                Hyde & Swigart

Date: March 23, 2015                By:  **_/s/ David J. McGlothlin_**
                                    David J. McGlothlin
                                    Attorneys for Plaintiff